[No. 43103-3-II.   Division Two.   November 26, 2013.]

SHARIN R. METCALF ET AL., *Appellants*, v. CFA/NW MORTGAGE PROFESSIONALS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-2-00675-6, Kenneth D. Williams, J., entered January 20, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.

[No. 43290-1-II.   Division Two.   November 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD WILLIAM MCNEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00816-3, James W. Lawler, J., entered March 22, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar, J., and Schindler, J. Pro Tem.

[No. 30220-2-III.   Division Three.   November 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JONA RENEE ZEIGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00197-3, Evan E. Sperline, J., entered August 29, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30660-7-III.   Division Three.   November 26, 2013.]

STEVEN M. HEEB, *Appellant*, v. JOSE ANGEL SOLEDAD, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 09-2-00102-6, David Frazier, J. Pro Tem., entered January 25, 2012. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.